IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 06-0408-CV-W-GAF |
| ) | |
| DIMITRI JONES, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On June 26, 2007, a hearing was held on the issue of Defendant Dimitri Jones' competency. The parties stipulated to the Forensic Report dated June 7, 2007, prepared by Dr. Jason V. Dana of the Metropolitan Correctional Center in Chicago.

On June 28, 2007, United States Magistrate Judge Sarah W. Hays issued her Report and Recommendation.

Upon careful and independent review of the record, as well as the applicable law, and there being no objections to the Report and Recommendation, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Sarah W. Hays.

Accordingly, it is

ORDERED that Defendant Dimitri Jones is not currently suffering from a mental disease or defect which would prevent him from understanding the nature and consequences of the proceedings against him or assisting in his own defense and that he is competent to stand trial.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: July 17, 2007